**RECEIVED**
IN LAKE CHARLES, LA.

JAN 7 2016

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SAMUEL DELANEY<br>DOC # 513221 | * | CIVIL ACTION NO. 2:12-cv-3014 |
| v. | * | JUDGE MINALDI |
| N. BURL CAIN | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 10) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections (Rec. Doc. 11), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this __6__ day of _____, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE